UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEBORAH HILL and ROBERT
HILL, her husband,

      Plaintiffs,          CASE NO.:    4:20-cv-00524-MW-MAF

vs.

DIEBOLD NIXDORF, INC.,

      Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE AND DISCOVERY DEADLINES

Plaintiffs, DEBORAH HILL and ROBERT HILL, her husband, through undersigned counsel and pursuant to Local Rule 7.1, respectfully move without opposition for this Honorable Court to extend the expert disclosure and discovery deadlines in this matter, for the following good reasons:

### Certificate of Compliance with Local Rule 7.1(B)

Counsel hereby certifies that pursuant to Local Rule 7.1(B) he had meaningful discussions with counsel for Defendant regarding the relief requested herein, and that counsel for Defendant advised he has no

opposition to the motion to extend expert disclosure and discovery deadlines.[1]

## Local Rule 7.1(G)

Because this Motion is unopposed, pursuant to Local Rule 7.1(G), a supporting legal memorandum is not required to accompany this Motion and therefore one is not included.

1. This case arises out of an incident on October 3, 2017, where Plaintiff, Mrs. Hill, fell hitting her head while working as a senior teller at the Centennial Bank located in Apalachicola. Plaintiffs allege Mrs. Hill fell as a result of Defendant's negligence when its service technician, Mr. Trimmer, left the bank floor greasy and slippery after using lubricants and/or cleaners on the bank's vault and teller safes/lockers the day before.

2. The jury trial in this case is set to begin during this Honorable Court's November 15, 2021 trial period, and the discovery deadline is June 11, 2021.

---

[1] Based on the deposition testimony of Defendant's corporate designee(s) and of its service technician, Bryan Trimmer, on March 8, 2021 and March 23, 2021, respectively, Plaintiffs are also separately filing motions for leave to amend the complaint to add Mr. Trimmer as a defendant, and to remand since he is a citizen of Florida. The undersigned discussed these matters with counsel for Defendant who indicates they oppose all Plaintiffs' motions except to the extent requested herein to extend the expert disclosure and discovery deadlines.

2

3. Plaintiffs' and Defendant's expert disclosure deadlines are April 5, 2021, and May 12, 2021, respectively.

4. Plaintiff began receiving medical care and treatment for her injuries through worker's compensation on or about October 11, 2017. Since that date, Mrs. Hill has continuously been receiving medical care and treatment through worker's compensation mainly at the Mayo Clinic and by its healthcare providers located in Jacksonville, Florida. Mrs. Hills medical treatment has included surgery on her inner ear, and has been focused on her complaints, symptoms and findings related to post concussive syndrome, tinnitus, balance disturbances, migraine headaches and visual issues.

5. In fact, Mrs. Hill traveled to the Mayo Clinic just last week where she saw an occupation medicine specialist on Monday, March 29, 2021, followed by her main treating physician on Tuesday, March 30, 2021. It is believed that Mrs. Hill's main treating physician at Mayo Clinic will be issuing his report containing a determination as to whether she has reached maximum medical improvement, what permanent impairment rating she is assigned, and what work restrictions are required in accordance with the worker's compensation framework.

3

RASH MUELLER
1655 NORTH COMMERCE PARKWAY, SUITE 303, WESTON, FLORIDA 33326 - TELEPHONE (954) 515-0072 FACSIMILE (954) 515-0073

6. Plaintiffs and their undersigned counsel, as well as Defendant and their counsel, are waiting to receive the written reports/records related to Mrs. Hill's examinations and medical care documenting the encounters last week.

7. Plaintiffs has always intended and intends to disclose Mrs. Hill's main treating physician(s) as expert(s) on the issues of causation and damages. However, without the final written reports from Mrs. Hill's main treating physicians setting forth causation and damages made by his own observations, i.e., diagnosis, care, treatment plan, permanent impairment, work restrictions, etc., Plaintiffs cannot adequately meet the current April 5, 2021 expert disclosure deadline.

8. Likewise, Defendant needs the same medical information so it can prepare defenses and determine what, if any, Rule 35 compulsory medical examinations of Mrs. Hill they want to obtain and/or experts to retain.

9. Therefore, Plaintiffs respectfully request without opposition that the expert disclosure deadlines be extended 30 days respectively, or until May 6, 2021 for Plaintiffs, and June 11, 2021 for Defendant.

10. Likewise, because Defendant's expert disclosure deadline requested would be June 11, 2021, if granted, the current deadline for completing discovery of June 11, 2021 would necessarily have to be

4

extended 30 days as well, or until July 12, 2021, so that once experts are fully disclosed by both sides there would be enough time for expert discovery.

11.     The parties do not seek these pretrial deadline extensions of solely for the purposes of delay and have good cause for requesting same as set forth above.

WHEREFORE, Plaintiffs, DEBORAH HILL and ROBERT HILL, her husband, respectfully request without opposition that this Honorable grant the foregoing motion extending the expert disclosure deadlines to May 6, 2021 and June 11, 2021 for Plaintiffs and Defendant, respectively, and extending the discovery deadline to July 12, 2021.

Dated April 5, 2021.

        RASH MUELLER
        Attorneys for the Plaintiff
        1655 North Commerce Parkway
        Suite 303
        Weston, Florida 33326
        Telephone:  (954) 515-0072
        Facsimile:   (954) 515-0073
        Primary:     david@rashmueller.com
        Secondary: jeff@rashmueller.com
                      maileidys@rashmueller.com
        By:   /s/ David C. Rash
            DAVID C. RASH
            Florida Bar #977764
            JEFFREY D. MUELLER
            Florida Bar #103563

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF filing system, which transmits the document to the following ECF registrants in this case:

JON J. HERNAN, ESQ.
Counsel for Defendant
BOWMAN AND BROOKE LLP
Four Northpoint Center
1064 Greenwood Boulevard
Suite 212
Lake Mary, Florida 32746-5419
Telephone:  (407) 585-7600
Facsimile:   (407) 585-7610
jon.hernan@bownmanandbrooke.com

SAVANNAH M. FOX, ESQ.
CLIFFORD S. MENDELSOHN, ESQ.
Counsel Pro Hac Vice for Defendant
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio 44113-7213
Telephone:  (216) 592-5000
Facsimile:   (216) 592-5009
savannah.fox@tuckerellis.com
clifford.mendelsohn@tuckerellis.com